

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARYL COOK,
   Plaintiff

v.

CITY OF PHILADELPHIA, ET AL.

: CIVIL ACTION
:
: NO. 17-331
:
:

**FILED**
SEP 05 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## MOTION FOR ENLARGEMENT OF TEN (10) DAYS TO RESPOND TO MOTIONS TO DISMISS

Plaintiff, pro se, hereby respectfully request this Honorable Court to allow him to file his response to the Defendants' pending motions to dismiss within ten (10) days because he need to conduct further research and obtain more copies of pertinent, relevant documents in his possession, at the prison law library where he will not have access to again until on Tuesday, September 5, 2017, and the Defendants will not be prejudiced due to the short delay in Plaintiff's anticipated response.

Respectfully submitted,

~~Dary~~ Daryl Cook
DARYL COOK
Pro Se Plaintiff

Date: August 30, 2017

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing Motion to be served on this **30th** day of August, 2017, by first class mail, to:

A. Taylor Williams, Esquire
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Phila., PA 19102

Meghan E. Claiborne, Esquire
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102

FILED
SEP 05 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

BY: *Daryl Cook*
DARYL COOK
JR8635
SCI-Fayette
Box 9999
LaBelle, PA 15450-0999