```
IN THE UNITED STATES DISTRICT COURT
  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARYL COOK,                      :  CIVIL ACTION
                                 :  NO. 17-00331
     Plaintiff,                  :
                                 :
v.                               :
                                 :
CITY OF PHILADELPHIA, et al.,    :
                                 :
     Defendants.                 :
```

# **O R D E R**

**AND NOW**, this **18th** day of **July, 2019**, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. As to the § 1985, § 1983, and misrepresentation claims, they are **DISMISSED with prejudice**;[1]

2. As to the fraud claim, Defendants' Motion for Summary Judgment (ECF No. 50) is **GRANTED**, and the Motion is otherwise **DENIED as moot**;[2]

3. Plaintiff's Motion for Default Judgment or Extra-Ordinary Relief (ECF No. 72) is **DENIED**;

---

[1] The § 1985 claim is not legally cognizable. The Court lacks jurisdiction over the § 1983 and misrepresentation claims under Rooker-Feldman.

[2] The Settlement Agreement bars this suit, and res judicata precludes this claim.

4. The Clerk of Court shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*