IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARYL COOK,
    Plaintiff/Appellant

v.

CITY OF PHILADELPHIA, ET AL.,
    Defendants/Appellees.

: CIVIL ACTION
: NO. 17-331
:
:
:
:

FILED
DEC - 6 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## NOTICE OF APPEAL

I, <u>Daryl Cook</u>, Plaintiff/Appellant herein, pro se, hereby give notice that I appeal to the Third Circuit Court of Appeals from the Order of December 2, 2019 (denying Plaintiff's Motion to Alter or Amend Order and Judgment), entered in the above-captioned case.

Date: December 6, 2019    BY: _Daryl Cook_
                                           DARYL COOK
                                           Pro Se Plaintiff/Appellant

<u>Application to Proceed In Forma Pauperis and Declaration</u>

Plaintiff/Appellant hereby respectfully request leave to proceed in forma pauperis, and thus declare under the penalty of perjury that due to his poverty he is unable to pay the costs of filing his instant notice of appeal.

Date: December 6, 2019                  s/ _Daryl Cook_
                                                      DARYL COOK
                                                     Pro Se Plaintiff/Appellant

RECEIVED DEC 9 2019

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing document to be served on this <u>6th</u> day of December, 2019, by first class mail, to:

Meghan E. Claiborne, Esq.
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5447
(Counsel for Defendants/Appellees)

FILED
DEC 06 2019
KATE BARKMAN, Clerk
By ___ Dep. Clerk

NOTE: Mailing Address for Plaintiff/Appellant for Defendants/Appellees is:

Smart Communications/PADOC
Daryl Cook/JR8635
SCI-Coal Township
P.O. Box 33028
St. Petersburg, FL 33733

BY: /s/ Daryl Cook
DARYL COOK
JR8635
SCI-Coal Township
1 Kelley Drive
Coal Township, PA 17866
(Pro Se Plaintiff/Appellant)

Daryl Cook
JR8635
SCI - Coal Township
#1 Kelley Drive
Coal Township, PA 17866

RECEIVED DEC - 9 2019

HARRISBURG
INMATE MAIL
PA DEPT OF
CORRECTIONS



U.S.M.S. X-RAY

Office of the Clerk
United States District Court
601 Market Street
Philadelphia, PA 19106-9865

19106-179699